IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRAVIS G. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-00974-PRW |
| | ) | |
| FAMILY DOLLAR STORES, INC. | ) | |
| d/b/a FAMILY DOLLAR #385 and | ) | |
| FAMILY DOLLAR STORES OF | ) | |
| OKLAHOMA, INC. d/b/a FAMILY | ) | |
| DOLLAR #3885, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Motion to Compel Discovery (Dkt. 25), filed by Plaintiff Travis G. Walker on July 29, 2024. To date, Defendants have not responded. Having considered the pleadings and applicable legal authorities, the Court **GRANTS** the Motion (Dkt. 25) **IN PART**.

Walker requests that the Court enter an order compelling Defendants to fully respond to his interrogatories and requests for production. Here, Defendants did not respond to the Motion within 21 days, so the Court deems it to be confessed.[1] Under Federal Rule of Civil Procedure 26(b)(1), the scope of discovery extends to "any nonprivileged matter that is relevant to any party's claim or defense and is proportional to the needs of the case."

---

[1] *See* LCvR 7.1(g).

1

Accordingly, insofar as Walker's outstanding discovery requests seek nonprivileged matter that is both relevant and proportional to the needs of the case, and to the extent that Defendants have not already done so, the Court **ORDERS** Defendants to fully respond to Walker's interrogatories and requests for production on or before November 12, 2024. Additionally, the Court **ORDERS** Defendants to show cause on or before November 12, 2024, why they should not be required to pay Walker's reasonable expenses incurred in making this motion, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A).

**IT IS SO ORDERED** this 29th day of October 2024.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE